UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JANICE MILTON

            Plaintiff(s),

VS.                                                                                    2:02-CV-906-PMP-RJJ

UNITED STATES OF AMERICA

            Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

      The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and Plaintiff having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated:   January 4, 2011.

                                                 **U.S. DISTRICT JUDGE**